UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carlos Ruiz Florez,<br>        Plaintiff,<br>vs.<br><br>Bra Real Estate Inc. and<br>Ponche Taqueria Corp.,<br>        Defendants. | Case No. 24-cv-02071-JGLC |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AGAINST DEFENDANTS BRA REAL ESTATE INC. AND PONCHE TAQUERIA CORP.**

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants Bra Real Estate Inc. and Ponche Taqueria Corp.

May 30, 2024

Respectfully submitted,

*/s/ Jennifer E. Tucek, Esq.*
Law Office of Jennifer Tucek, PC
   *Attorney for Plaintiff*
Bar No. JT2817
315 Madison Avenue, #3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com

1